THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
Respondent,
 
 
 

v.

 
 
 
James Lawton,       
Appellant.
 
 
 

Appeal From Aiken County
Rodney A. Peeples, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-619
Submitted August 20, 2003  Filed 
 October 21, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  James Lawton pled guilty to 
 possession with intent to distribute marijuana within proximity of a school, 
 possession with intent to distribute marijuana, possession with intent to distribute 
 cocaine within proximity of a school, and possession with intent to distribute 
 cocaine.  He was sentenced to fifteen years, suspended upon the service of thirteen 
 years and five years probation for possession with intent to distribute cocaine; 
 ten years, suspended upon the service of seven years and five years probation 
 for the possession with intent to distribute cocaine within proximity of a school; 
 five years for possession with intent to distribute marijuana, consecutive to 
 possession with intent to distribute cocaine, but concurrent with possession 
 with intent to distribute cocaine within proximity of a school; and seven years 
 for possession with intent to distribute marijuana within proximity of a school, 
 consecutive to possession with intent to distribute cocaine, but concurrent 
 with possession with intent to distribute cocaine within proximity of a school 
 and possession with intent to distribute marijuana within proximity of a school.  
 Lawtons appellate counsel filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved 
 from representation, asserting there are no directly appealable issues of arguable 
 merit.  Lawton filed a pro se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.